AO 440 (Rev 10/93) Summons in a Civil Action

| Service of the Summons and Complaint was made by me[1] | DATE 6/13/06 |
|---|---|
| NAME OF SERVER (PRINT) David Martin | TITLE Process Server |

Check one box below to indicate appropriate method service

☐ Served personally upon the defendant. Place where served: _____

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: Kathy Pehrson, wife of Adam Pehrson @ 3704 Mary Ellen NE, ABQ, NM 87111

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  6/13/06
              Date

Signature of Server

Address of Server:
MLQ ATTORNEY SERVICES
2000 RIVEREDGE PARKWAY NW
SUITE 885
ATLANTA, GA 30328
1-800-446-8784

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.